

# NUMBER 13-15-00296-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE BENEVIS, LLC, DENTISTRY OF BROWNSVILLE, P.C., AND KOOL SMILES, P.C.

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Per Curiam Order

Relators, Benevis, LLC, Dentistry of Brownsville, P.C., and Kool Smiles, P.C., filed a petition for writ of mandamus and motion for emergency stay in the above cause on July 7, 2015. Through this original proceeding, relators contend that the trial court abused its discretion in ordering amendments to a protective order.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that said motion should be granted. The motion for emergency stay is hereby GRANTED, and the trial court's June 30, 2015 "Order Granting Plaintiffs' Motion to Amend Stipulated Confidentiality Agreement and Protective Order" is ordered STAYED

1

pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
8th day of July, 2015.